UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICOLE ANTOINETTE SHAW,

Plaintiff,

-against-

BRONX CARE HEALTH SYSTEM, et al.,

Defendants.

22-CV-2757 (JMF)

ORDER OF SERVICE

JESSE M. FURMAN, United States District Judge:

Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

The Clerk of Court is directed to issue summonses as to Defendants Bronx Care Health

System, Michele Flournoy, JoAnn Ferrera, Miguel Fuentes, Dahlia Jeffers, and Hazeline Gibson.

Plaintiff is directed to serve the summons and complaint on each Defendant within 90 days of the

issuance of the summonses. If within those 90 days, Plaintiff has not either served Defendants or

requested an extension of time to do so, the Court may dismiss the claims against Defendants

under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated:   May 5, 2022
         New York, New York

_____
JESSE M. FURMAN
United States District Judge