UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
NICOLE ANTOINETTE SHAW,                                           :
                                                                  :
                              Plaintiff,                          :    22-CV-2757 (JMF)
                                                                  :
              -v-                                                 :    ORDER
                                                                  :
BRONX CARE HEALTH SYSTEM et al.,                                  :
                                                                  :
                              Defendants.                         :
                                                                  :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In light of Defendants' new motion to dismiss, *see* ECF No. 16, Defendants' earlier motion to dismiss filed at ECF No. 8 is hereby DENIED as moot. Plaintiff's opposition to the new motion to dismiss is due by **September 7, 2022**. Defendants' reply, if any, is due by **September 14, 2022**.

      The Clerk of Court is directed to terminate ECF No. 8. As Plaintiff previously consented to electronic notice via the ECF system, *see* ECF No. 15, there is no need to mail a copy of this Order to Plaintiff.

      SO ORDERED.

Dated: August 18, 2022
      New York, New York
                                                     JESSE M. FURMAN
                                                    United States District Judge