UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
NICOLE ANTOINETTE SHAW,                                           :
:
                    Plaintiff,                                        :        22-CV-2757 (JMF)
:
         -v-                                                   :        <u>ORDER</u>
:
BRONX CARE HEALTH SYSTEM et al.,                                  :
:
                    Defendants.                                       :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Per the Court's May 5, 2022 Order, the parties were required to participate in mediation. *See* ECF No. 4. That requirement is unaffected by Defendants' pending Motion to Dismiss. The parties have **one week** from the date of this Order to object to mediation proceeding in light of the motion. If the parties have no objection, then the case will be scheduled promptly for mediation.

       As Plaintiff previously consented to electronic notice via the ECF system, *see* ECF No. 15, there is no need to mail a copy of this Order to Plaintiff.

       SO ORDERED.

Dated: August 29, 2022
       New York, New York
                                                  JESSE M. FURMAN
                                          United States District Judge